UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                    Case No. 18-5161

APPLICATION PURSUANT TO 38 U.S.C.§
2251(C)(5) FOR WRIT OF HABEAS CORPUS
AD TESTIFCANDUM FOR THE
PRODUCTION OF BRIAN DEMENT
-----------------------------------------------------------X

## WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To:     Brian Dement - #89360-053
        Metropolitan Detention Center
        80 29th Street, Brooklyn, NY

Greetings:

YOU ARE HEREBY COMMANDED to have body of Brian Dement (Register #89360-053), now detained under your custody, conveyed under safe and secure conduct to the commencing on September 26, 2018 at 10:00 a.m. to testify and be examined as a witness at the trial of the case pending in the Supreme Court of the State of New York entitled:

*Ronald C. Russo and Christina Russo v. Brian Dement,* Index No. 33747/2013 and immediately after said Brian Dement shall then and there have given testimony that you return him to the Metropolitan Detention Center prison, and to the persons now having custody of said person there under same and secure conduct.

AND have you then and there this Writ.

Writ shall be issued to the United States Marshall to execute.

The foregoing writ is hereby allowed.

Dated: September    , 2018

_____
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT